MARY RYAN, Respondent, *v.* THOMAS F. HAYES et al., Appellants.

(Argued May 9, 1881 ; decided May 31, 1881.)

DECIDED on the facts.

*I. T. Williams* for appellants.

*John C. Connor, Jr.*, for respondent.

FINCH, J., reads for modification of judgment by adding a direction that the bond in question be canceled, discharged and delivered up to the obligor, and as modified, affirmed.

All concur, except FOLGER, Ch. J., absent.

Ordered accordingly.